### UNITED STATES of America, Plaintiff–Appellee,

### v.

### Angel RODRIGUEZ, Defendant–Appellant.

### No. 11–13514
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 15, 2013.

Peggy Morris Ronca, U.S. Attorney's Office, Vincent Chiu, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

John Leonard Badalamenti, Federal Public Defender's Office, Mark W. Ciaravella, Mark W. Ciaravella, PA, Tampa, FL,

Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before MARTIN, JORDAN and FAY, Circuit Judges.

## PER CURIAM:

Mark W. Ciaravella, appointed counsel for Angel Rodriguez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodriguez's conviction and sentence are **AFFIRMED.**